IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**HERBERT JAMES,** :
:
   **Plaintiff** :
:
   v. : 5:02-CV-253 (WDO)
:
**DEPARTMENT OF LAW, et al.,** :
:
   **Defendants** :

## ORDER

This matter is before the Court on what appears to be a motion to seal documents. First, any motion filed in this matter is moot because the case was dismissed two years ago, judgment was entered in Defendants' favor at that time and there are no further matters pending before the Court to take under consideration. Second, Plaintiff set forth no clear argument on what exactly he wants sealed or why he wants anything sealed. Accordingly, the Motion to Seal Records is DISMISSED AS MOOT.

   **SO ORDERED this 30th day of May, 2006.**


   **S/**
   **WILBUR D. OWENS, JR.**
   **UNITED STATES DISTRICT JUDGE**