IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HERBERT JAMES, :
:
    Plaintiff :
:
    v. : 5:02-CV-253 (WDO)
:
DEPARTMENT OF LAW, et al., :
:
    Defendants :

**ORDER**

This matter is before the Court on Plaintiff's motion to order the Defendant prison officials to perform certain acts and to refrain from certain acts pertaining to his mail. As explained in previous orders, the above case was dismissed more than two years ago. If Plaintiff wishes to file a new case alleging claims based on his latest allegations, he must file a new case. Plaintiff is therefore ORDERED to cease filing motions in the above referenced CLOSED case. Accordingly, the latest motion is DISMISSED AS MOOT.

**SO ORDERED this 5th day of December, 2006.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**